UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

        Plaintiff,

    v.

DAVID F. LEVI,

        Defendant.
_____/

NO. CIV. S-06-2596   FCD/KJM

ORDER

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are **VACATED**; and

3. Attached is the scheduling order before the newly assigned judge.

IT IS SO ORDERED.

DATED: August 10, 2007.

FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT COURT

1  This case is reassigned to United States District Judge <u>Ronald S.W. Lew</u>.

2  IT IS SO ORDERED.

3  DATED: <u>August 13, 2007</u>

GARLAND E. BURRELL, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT